**John Paul TURNER, a/k/a Pops, Plaintiff–Appellant,**

v.

**VETERANS ADMINISTRATION; Social Security Administration; Internal Revenue Service; U.S. Department of Defense; United States Court of Appeals for the District of Columbia; Augusta County Circuit Court, Defendants–Appellees.**

No. 08–1345.

United States Court of Appeals, Fourth Circuit.

Submitted: April 16, 2008.

Decided: May 7, 2008.

John Paul Turner, Appellant Pro Se.

Before NIEMEYER, MICHAEL, and TRAXLER, Circuit Judges.

---

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

John Paul Turner appeals the district court's order dismissing this action under 28 U.S.C. § 1915(e)(2)(B) (2000). We have reviewed the record and find that this appeal is frivolous. Accordingly, we dismiss the appeal for the reasons stated by the district court. *Turner v. Veterans Administration,* No. 7:08–cv–00234–sgw (W.D.Va. Mar. 18, 2008). We deny the motion to consolidate and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*